# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA 92101
Phone:619-234-9100  Fax:619-234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 124090 | 4/9/2014 | 75651 |
| Job Date | Case No. | |
| 3/24/2014 | 2:13-CV-02518-JWL-KGG | |
| Case Name | | |
| Cokeley vs. Midland Credit Management, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Karen S. Chen, Esq.
MIDLAND CREDIT MANAGEMENT, INC.
3111 Camino Del Rio North
Suite 1300
San Diego, CA 92108

1 CERTIFIED COPY OF TRANSCRIPT OF:
    John M. Moreno      311.45

TOTAL DUE >>>    $311.45
AFTER 5/9/2014 PAY    $342.60

WE THANK YOU FOR YOUR BUSINESS! / PLEASE REFERENCE INVOICE NUMBERS WHEN REMITTING PAYMENT!

Acceptance of work product constitutes acceptance of terms. Invoices are issued on the credit of our client and cannot be transferred. Past due accounts are subject to a carrying fee of 18% per annum. No adjustments or refunds will be made after 90 days.

Tax ID: 20-0986545      Phone: 858-309-9511    Fax:858-309-9454

*Please detach bottom portion and return with payment.*

Karen S. Chen, Esq.
MIDLAND CREDIT MANAGEMENT, INC.
3111 Camino Del Rio North
Suite 1300
San Diego, CA 92108

Invoice No.    : 124090
Invoice Date   : 4/9/2014
**Total Due**    : $ 311.45
AFTER 5/9/2014 PAY $342.60

Remit To: **SHELBURNE SHERR COURT REPORTERS, INC.**
**501 West Broadway**
**Suite 1330**
**San Diego, CA 92101**

Job No.    : 75651
BU ID     : 16-AWAY
Case No.   : 2:13-CV-02518-JWL-KGG
Case Name : Cokeley vs. Midland Credit Management, Inc.